```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Robert W. Johnson

    v.                                                      Case No. 24-cv-285-LM-AJ

Syracuse City Auditor


## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 30, 2024.

The clerk shall enter judgment and close this case.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States District Judge

Date: March 3, 2025


cc: Robert W. Johnson, pro se